UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No.  EDCV 26-00015-MWF (MBK) | Date:  January 5, 2026 |
| Title:  Gerardo Mejia Baltazar v. Kristi Noem, et al. | |

Present:  The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER RE: PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER [2] [3]

The Court is in receipt of the Motion for Temporary Restraining Order (the "Motion") filed by Petitioner Gerardo Mejia Baltazar on January 4, 2026.  (Docket Nos. 2, 3).

The Court ORDERS Respondents to file any Opposition to the Motion no later than Wednesday, **January 7, 2026**.  Petitioner may file a Reply no later than Thursday, **January 8, 2026**.

IT IS FURTHER ORDERED that the Petitioner shall not be moved to a location outside of the jurisdictional boundaries of the United States District Court for the Central District of California during the pendency of this action, unless otherwise ordered by the Court.

IT IS SO ORDERED.