# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO MEJIA BALTAZAR,<br><br>              Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; TODD LYONS, Acting Director, Immigration and Customs Enforcement; JAMIE RIOS, Acting Director, Los Angeles Field Office, Immigration and Customs Enforcement, Enforcement and Removal Operations; F. SEMAIA, Warden, Adelanto Detention Facility, Immigration and Customs Enforcement; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>              Respondents. | Case No: 5:26-cv-00015-MWF-MBK<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

On January 12, 2026, the Court **GRANTED** Petitioner's Motion for Temporary Restraining Order (Docket Nos. 2, 3).

Pursuant to Federal Rule of Civil Procedure 65, **IT IS ORDERED** that:

1. Respondents are **ENJOINED** from continuing to detain Petitioner unless he is provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of this Order; and

2. Respondents shall **SHOW CAUSE**, in writing, by **January 19, 2026,** as to why the Court should not issue a preliminary injunction in this case. Petitioner may file a response by **January 26, 2026**. The Court **SETS** a **HEARING** on whether a preliminary injunction should issue on **JANUARY 29, 2026, at 3:00 p.m.**

**IT IS SO ORDERED.**

Dated: January 12, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge