1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO MEJIA BALTAZAR,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; TODD LYONS, Acting Director, Immigration and Customs Enforcement; JAMIE RIOS, Acting Director, Los Angeles Field Office, Immigration and Customs Enforcement, Enforcement and Removal Operations; F. SEMAIA, Warden, Adelanto Detention Facility, Immigration and Customs Enforcement; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　　　Respondents. | Case No: 5:26-cv-00015-MWF-MBK<br><br>**PRELIMINARY INJUNCTION** |

---

**PRELIMINARY INJUNCTION**

The Court has read and considered the briefing and has held a hearing on the Court's Order to Show Cause as to why a Preliminary Injunction should not issue in this action. (Docket Nos. 11, 12). Now, therefore, pursuant to Rule 65 of the Federal Rules of Civil Procedure and good cause appearing therefore:

Respondents are ENJOINED from re-detaining Petitioner (1) absent further order of this Court; or (2) absent the provision of a pre-deprivation hearing before a neutral arbiter, at which Respondents will bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or is a flight risk. Petitioner shall be permitted to have counsel present at any such hearing.

**IT IS SO ORDERED.**

Dated: January 30, 2026

_____
MICHAEL W. FITZGERALD
United States District Court Judge