UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:26-cv-00015-MWF-MBK | Date | February 20, 2026 |
|---|---|---|---|
| Title | Gerardo Meija Baltazar v. Kristi Noem, et al. | | |

| Present: The Honorable | Michael B. Kaufman, U.S. Magistrate Judge |
|---|---|

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**      ORDER TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE GRANTED AS UNOPPOSED AND FOR FAILURE TO COMPLY WITH COURT ORDERS

Petitioner Gerardo Meija Baltazar filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on January 4, 2026. Dkt. 1. On January 12, 2026, the undersigned Magistrate Judge issued an Order Requiring a Response to the Petition. Dkt. 13. That Order set forth a briefing schedule, requiring Respondents to respond to the Petition by February 12, 2026, and for Petitioner to file a reply by February 19, 2026. *Id.* at 2. On January 30, 2026, the assigned District Judge granted a preliminary injunction in Petitioner's favor, which remains in effect. Dkt. 19. That order also states that "all pending deadlines set by Magistrate Judge Kaufman remain in effect." *Id.* at 10.

As of the date of this Order, Respondents have not filed a response to the Petition. Respondents are therefore **ORDERED** to show cause why this action should not be granted as unopposed. Respondents' response to this OSC is due on or before **February 27, 2026**. Respondents may respond either by (1) stating that they do not oppose the Petition or (2) filing an answer to the Petition. If Respondents file an answer, Petitioner's reply will be due on or before **March 13, 2026.**

**IT IS SO ORDERED.**