UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:26-cv-00015-MWF-MBK | Date | April 30, 2026 |
|---|---|---|---|
| Title | Gerardo Mejia Baltazar v. Kristi Noem, et al. | | |

| Present: The Honorable | Michael B. Kaufman, United States Magistrate Judge |
|---|---|

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: N/A | Attorneys Present for Defendant: N/A |
|---|---|

**Proceedings:**     **ORDER TO SHOW CAUSE AND SETTING STATUS CONFERENCE**

In this habeas action, the District Court issued a temporary restraining order and preliminary injunction requiring Petitioner's release. Dkt. 11, 19. Respondents subsequentially submitted a filing in which they argue the Petition is moot, but do not present any substantive arguments against granting the Petition. Dkt. 23.

The Court **ORDERS** the parties to appear for a status conference on **May 15, 2026, at 10:00 a.m.**, to be held via Zoom. The parties may obtain the Zoom access information by visiting the Court's procedures page at: https://apps.cacd.uscourts.gov/Jps/honorable-michael-b-kaufman.

The parties are **ORDERED TO SHOW CAUSE** at the status conference why the preliminary relief entered by the District Court should not be converted to a final order and judgment granting the Petition for the same reasons and on the same terms provided in the orders granting preliminary relief.

The parties may discharge this show-cause order by filing a stipulation with a proposed order and judgment granting the Petition for the same reasons and on the same terms already provided in the District Court's orders on or before **May 13, 2026**. Consistent with the resolution of similar habeas matters in this District, the stipulation may provide that Respondents shall not be deemed to waive any arguments on appeal. If the parties file such a stipulation, the parties do not have to appear at the May 15, 2026,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:26-cv-00015-MWF-MBK | Date | April 30, 2026 |
|---|---|---|---|
| Title | Gerardo Mejia Baltazar v. Kristi Noem, et al. | | |

status conference. The Court also encourages the parties to consider filing a joint consent to proceed before the Magistrate Judge, consistent with the procedures set forth in General Order 26-05 (effective April 1, 2026).

Alternatively, the parties may submit any other proposals that would ensure the just, speedy, and inexpensive determination of this action.

**IT IS SO ORDERED**.