Emily L. Robinson Esq. (SBN: 285343)
Law Office of Emily L. Robinson
5012 Eagle Rock Blvd.
Los Angeles, CA 90041
emily@lawofficeemilyrobinson.com
(323) 524-7611

Counsel for Petitioner

JS-6

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section
WHITNEY C. WAKEFIELD (WA Bar No. 61571)
Special Assistant United States Attorney
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-2574
        E-mail: Whitney.Wakefield@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

GERARDIO MEJIA BALTAZAR,

Petitioner,

v.

KRISTI NOEM, *et al.*,

Respondents.

No. 5:26-cv-00015-MWF(MBK)

**ORDER FOR GRANT OF PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241**

///

///

1

The Court previously entered a Preliminary Injunction on January 30, 2026, granting preliminary relief in this action (the "Preliminary Injunction Order"). (Docket No. 19). In that Preliminary Injunction Order, the Court concluded that preliminary relief was not mooted by Petitioner's release and that Petitioner demonstrated a likelihood of success on the merits of his due process claim.

On April 30, 2026, the Court ordered the parties to show cause why the preliminary relief entered by the District Court should not be converted to a final order and judgment granting the Petition for the same reasons and on the same terms provided in the orders granting preliminary relief. (Docket No. 24).

The parties thereafter filed a Joint Proposed Grant of Petition and Entry of Judgment under 28 U.S.C. § 2241. (Docket No. 25). The parties jointly proposed that the Petition be granted consistent with the reasons and findings already set forth in the Court's Preliminary Injunction Order, while Respondents preserve any objections for purposes of appeal.

Accordingly, for the reasons set forth in the Court's Preliminary Injunction Order (Docket No. 19), the **Petition for Writ of Habeas Corpus** (Docket No. 1) is **GRANTED.**

**IT IS HEREBY ORDERED:**

1. The Court incorporates by reference the findings and reasoning set forth in the Preliminary Injunction Order. (Docket No. 19).

2. Respondents shall not re-detain Petitioner absent constitutionally adequate custody procedures consistent with the Court's Preliminary Injunction Order and applicable law.

3. Respondents preserve any objections to the merits of the judgment and the underlying Preliminary Injunction Order for purposes of appeal.

4. Judgment shall be entered in favor of Petitioner.

5. The Court retains jurisdiction to enforce this Order.

///

2

6. Any application for attorneys' fees and costs under the Equal Access to Justice Act shall be filed within the time permitted by law.

7. The Clerk shall close the case.

IT IS SO ORDERED.

Dated: May 14, 2026

_____

MICHAEL W. FITZGERALD
United States District Judge

3